# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

**(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)**

CASE NAME ___PARKER, MICHAEL J___          CASE NO___17-14711___

FOR:  _____ DEBTOR

    _____ JOINT DEBTOR

    ___X___ CREDITOR

    _____ ATTORNEY ( Please include Bar ID Number _____)

    _____ PLAINTIFF

    _____ DEFENDANT

OLD ADDRESS:

  NAME: ___PUGET SOUND COLLECTIONS___

  ADDRESS: ___PO BOX 66995___

  _____TACOMA. WA 98464-6995___

  PHONE: ___253-566-1800___

  EMAIL ADDRESS (attorney only): _____

NEW ADDRESS:

  NAME: ___PUGET SOUND COLLECTIONS___

  ADDRESS: ___PO BOX 3011___

  _____TACOMA. WA 98401-3011___

  PHONE: ___253-566-1800___

  EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

___\s\ Jack M. Gingrich___          Date ___08-15-2018___

_____

Change of Address
Local Forms W.D. Wash. Bankr., Form 7
Eff. 12/1/16