# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

**(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)**

CASE NAME  Parker                                    CASE NO 17-14711

FOR:   ✓   DEBTOR
       ___  JOINT DEBTOR
       ___  CREDITOR
       ___  ATTORNEY   ( Please include Bar ID Number _____ )
       ___  PLAINTIFF
       ___  DEFENDANT

OLD ADDRESS:

  NAME: Michael Jay Parker

  ADDRESS: 901 S. 102nd Street, Seattle, WA 98168

  PHONE: _____

  EMAIL ADDRESS (attorney only): _____

NEW ADDRESS:

  NAME: Michael Jay Parker

  ADDRESS: 4051 S. 144th Street #106, Tukwila, WA 98168

  PHONE: _____

  EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/Mark Ditton                                        Date 1/21/19

Change of Address
Local Forms W.D. Wash. Bankr., Form 7
Eff. 12/1/16

RULE 9011-1. NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER OR EMAIL ADDRESS

**(a) Written Notice of Change of Address, Phone, Email Address**. ECF filers shall comply with Local Bankruptcy Rule 5005-1(a)(3) to accomplish changes of address, telephone number and email address, and shall not file a document or pleading with the court. A written notice of change of address, telephone number, and email address for non-ECF filers must be filed with the court and served on the trustee, parties requesting special notice, and all parties to any adversary proceeding.

**(b) Conclusive Address**. The address, telephone number, and email address of a party or his or her attorney, as noted on the first pleading filed by that party or attorney or as changed in accordance with subparagraph (a), shall be conclusively presumed to be the last known address, telephone number and email address of said party or attorney.